UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMITT RUSSELL DOUGHTON,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>Respondent. | No.  2:20-cv-1774 TLN GGH P<br><br><br><br>ORDER |

Petitioner requested an extension of time to file objections to the court's July 28, 2021 findings and recommendations. ECF No. 19.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 19) is partially granted; and

2. Petitioner shall file any objections within **thirty** days from the date of this order.

Dated: August 30, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE