UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMITT RUSSELL DOUGHTON,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY, Warden,<br><br>Respondent. | No. 2:20-cv-01774-TLN-GGH<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 18.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 28, 2021, (ECF No. 18), are adopted in full;

1

2. Respondent's motion to dismiss (ECF No. 8) is granted;

3. Petitioner's federal habeas petition (ECF No. 1) is dismissed; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date: October 21, 2021

_____
Troy L. Nunley
United States District Judge